**Order entered December 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01466-CV

### DAVID LEMON, ET AL., Appellants

### V.

### STRAIT CAPITAL COMPANY, LTD., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08245**

## ORDER

Before the Court is appellants' December 28, 2018 motion for an extension of time to file

a brief. We **GRANT** the motion and extend the time to **January 16, 2019**.


/s/    ADA BROWN
         JUSTICE